OPINION — AG — IT IS LEGAL FOR THE OKLAHOMA STATE HIGHWAY DEPARTMENT (DEPARTMENT OF TRANSPORTATION) TO PAY FOR THE REASONABLE RELOCATION COST OF PERSONAL PROPERTY WHEN SAID RELOCATION IS NECESSITATED BY RIGHT OF WAY ACQUISITION, BECAUSE SUCH RELOCATION COST IS, IN OKLAHOMA, A PROPER ELEMENT OF DAMAGES IN CONDEMNATION PROCEEDINGS. CITE: 69 O.S. 1961 46 [69-46](3) (HARVEY CODY)